■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion for leave to reargue denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.